

The Law Offices of
## Christina M. Martinez

245 Bricktown Way, Suite J
Staten Island, New York 10309
T: (347) 215-4543
F: (718) 556-2007
*Admitted in:*
*New York & New Jersey*

*Via ECF*                                                       November 30, 2024
Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:    *Maita v. Fire Department of the City of New York, et. al.***
**No. 24-cv-6559 (DG) (VMS)**

Dear Judge Gujarati:

I represent the Plaintiff in the above-referenced matter. I am writing to respectfully request permission to file a notarized verification to accompany the amended verified complaint, which was filed on November 19, 2024.

Due to an oversight, the verification with the amended complaint was not notarized. However, the original verified complaint filed on September 18, 2024 included a notarized verification. I have since ensured that the Plaintiff's verification for the amended complaint has been notarized and seek to file it promptly upon the Court's approval.

I apologize for this oversight and any inconvenience it may have caused. I respectfully request the Court's permission to file the notarized verification for the amended complaint *nunc pro tunc* to correct this error. I have attached the notarized verification as an Exhibit for the Court's convenience.

Thank you for your consideration of this request. Please let me know if the Court requires any additional information or further action.

Respectfully Submitted,

Christina Martinez, Esq.

1