## VERIFICATION

STATE OF NEW YORK                    )

                                     )    ss.

COUNTY OF _____Bronx_____            )

I, SALVATORE MAITA, being duly sworn, deposes and says:

1.  I am the Plaintiff in the within action.

2.  I have reviewed the contents of this Amended Complaint and verify that the statements contained herein are true to the best of my knowledge, except as to matters alleged on information and belief, and as to those matters, I believe them to be true.

3.  I am aware that if any of the statements contained in the Complaint are willfully false, I am subject to punishment.

_____
SALVATORE MAITA

Sworn to before me this
26th day of November, 2024

_____
Notary Public

LEO M. GRAHAM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GR6012579
Qualified in Queens County
My Commission Expires 8/31/26