

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**JORGE A. ESTACIO**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-5031
jestacio@law.nyc.gov

May 28, 2025

**VIA ECF**
Hon. Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
Courtroom 4B South
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: <u>Maita v. City of New York</u>
> 1:24-cv- 6559 (DG) (VMS)

Dear District Judge Gujarati:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced matter. Pursuant to rule III(B)(4) of Your Honor's Individual Practice Rules, the following is a list of Defendant's motion to dismiss papers, which were served upon plaintiff on May 27, 2025:

- Defendant's Notice of Motion to Dismiss the Amended Complaint;

- Defendant's Memorandum of Law in Support of the Motion to Dismiss the Amended Complaint;

- Declaration of Jorge A. Estacio-Carrillo and Exhibit A.

I thank the Court for its consideration of the within.

Respectfully submitted,

*/s/ Jorge Estacio*

Jorge A. Estacio
Assistant Corporation Counsel

cc:    Christina Martinez (via ECF)
*Attorney for Plaintiff*
Law Offices of Christina M. Martinez
christinamartinezesq@gmail.com